Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YU WEI HE,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES *et al.*,<br><br>　　　　　　　　　Defendants. | No. 2:21-cv-00116-RSM<br><br>STIPULATED MOTION<br>TO DISMISS AND ORDER<br><br>Note on Motion Calendar:<br>February 23, 2021 |

　　　　Plaintiff brings this litigation seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-765 application. Dkt. No. 1. On February 8, 2021, Defendant USCIS approved Plaintiff Yo Wei He's I-765 application. The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice, with each party to bear their own fees or costs.

//

//

//

STIPULATED MOTION TO DISMISS AND ORDER
2:21-cv-116-RSM
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: February 23, 2021

*s/ Ralph Hua*
RALPH HUA, WSBA #42189
Fisher Phillips LLP
1201 3rd Avenue, Suite 2750
Seattle, WA 98101
Phone: 206-247-7014
Email: rhua@fisherphillips.com

*Attorney for Plaintiff*

DATED: February 23, 2021

*s/ Michelle R. Lambert*
MICHELLE LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Ave, Suite 700
Tacoma, WA 98402
Phone: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorney for Defendants*

STIPULATED MOTION TO DISMISS AND ORDER
2:21-cv-116-RSM
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**<u>ORDER</u>**

It is so **ORDERED**. The case is dismissed with prejudice.

Dated this 24th day of February, 2021.

    *[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND DEADLINES
2:21-cv-116-RSM
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970